IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

KEINDE SUTTON,                  Case No. 3:11-cv-424

      Plaintiff,

                                             Judge Timothy S. Black

vs.

MICHAEL J. ASTRUE,
Commissioner of the Social
Security Administration,

      Defendant.

### ORDER VACATING THE REFERENCE OF THIS CASE TO THE MAGISTRATE JUDGE

The reference of this case to the Magistrate Judge is hereby vacated.

**IT IS SO ORDERED.**

Date: 6/22/12

                                                      Timothy S. Black
                                                      United States District Judge