UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**KEINDE SUTTON,**

    Plaintiff,

                                                         **CASE NO.   3:11-CV-424**

-vs-

                                                         **Judge Timothy S. Black**

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

_____

**JUDGMENT IN A CIVIL CASE**
_____

    **[ ]**    **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]**    **Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that ALJ's Non-Disability Finding is **NOT SUPPORTED BY SUBSTANTIAL EVIDENCE,** and is **REVERSED;** the case is **REMANDED** to the ALJ under the Fourth Sentence of 42 U.S.C. § 405(g); and that the case is **TERMINATED** from the docket of the Court.

Date: August 14, 2012                                              **JAMES BONINI, CLERK**

                                                                  By: *s/ M. Rogers*
                                                                         Deputy Clerk